IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-cv-23469-JLK

GREGORY PAUL, on behalf of himself and
all other similarly situated individuals,

    Plaintiff,
v.

NCL CORPORATION LTD.,
    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff, GREGORY PAUL, through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of his voluntary dismissal, without prejudice, of this action against Defendant NCL CORPORATION LTD.

Respectfully submitted,

/s/ *Neil D. Kodsi*
Neil D. Kodsi
**THE LAW OFFICES OF
  NEIL D. KODSI**
Two South University Drive, Suite 315
Plantation, Florida 33324
Telephone:  786.464.0841
Facsimile:   954.760.4305
Florida Bar Number 0011255
nkodsi@ndkodsilaw.com
*Counsel for Plaintiff Gregory Paul*

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 2, 2015 I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF to:

Edward Diaz, Esquire
Holland & Knight, LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Email: Edward.Diaz@hklaw.com

Lindsay Dennis Swiger, Esquire
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Email: Lindsay.Swiger@hklaw.com

                                                /s/ *Neil D. Kodsi*_____
                                                Neil D. Kodsi (FL Bar No. 11255)