IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GREGORY PAUL, on behalf of himself and all )
other similarly situated individuals, )
)
        Plaintiff, )
)
vs. )   **Case No.: 1:14-cv-23469-JLK**
)
NCL CORPORATION LTD., )
)
        Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Gregory Paul, and Defendant, NCL Corporation Ltd., jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiff's Complaint against Defendant in the above-styled cause of action, in its entirety and with prejudice, with Plaintiff and Defendant to bear their own costs and attorneys' fees.[1]

Dated: March 2, 2015                        Respectfully submitted,

| **THE LAW OFFICES OF NEIL D. KODSI** | **HOLLAND & KNIGHT LLP** |
|---|---|
| s/Neil D. Kodsi | s/Edward Diaz |
| Neil D. Kodsi | Edward Diaz |
| Florida Bar No. 0011255 | Florida Bar No.: 988091 |
| 2 South University Drive, Suite 315 | 701 Brickell Avenue, Suite 3300 |
| Plantation, Florida 33324 | Miami, Florida 33131 |
| Tel: (786) 464-0841 | Tel: (305) 789-7709-1000 |
| Fax: (954) 790-6722 | Fax: (305) 789-7799 |
| Email: ndk@ndkodsilaw.com | Email: edward.diaz@hklaw.com |
| *Attorneys for Plaintiff Gregory Paul* | Lindsay Dennis Swiger, Esq. |
| | Florida Bar No.: 0045783 |
| | 50 North Laura Street, Suite 3900 |
| | Jacksonville, Florida 32202 |
| | Tel: (904) 353-2000 |

---

[1] Since Defendant has filed a Motion to Dismiss or for Summary Judgment (*see* ECF No. 8), Plaintiff cannot dismiss this case by filing a notice of dismissal. *See* Fed. R. Civ. P. 42(a)(1)(A)(i). Accordingly, the parties agree that the Court should disregard Plaintiff's Notice of Voluntary Dismissal (ECF No. 21) and accept this Joint Stipulation of Dismissal with Prejudice in its place.

Fax: (904) 358-1872
Email: lindsay.swiger@hklaw.com

*Attorneys for Defendant NCL Corporation Ltd.*

#34848623_v1

2