UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23469-CIV-KING/TORRES

GREGORY PAUL, on behalf of himself
and all other similarly situated individuals,

    Plaintiff,

v.

NCL CORPORATION LTD.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice (D.E. #22) filed March 2, 2015, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED with prejudice.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of March, 2015.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record